15-30158-RHM

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY    18-1396-RHM

| United States District Court | District | SOUTHERN DISTRICT OF ILLINOIS |
|---|---|---|
| Name (under which you were convicted): WILLIAM J. MABIE | | Docket or Case No.: 30158 RHM |
| Place of Confinement: USP MARION CMU | | Prisoner No.: 35831-044 |
| UNITED STATES OF AMERICA  v.  WILLIAM MABIE | | Movant (include name under which convicted) |

FILED
JUL 16 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

   UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF ILLINOIS

   (b) Criminal docket or case number (if you know): 30158 RHM

2. (a) Date of the judgment of conviction (if you know): MAY 2016

   (b) Date of sentencing: JUNE 2016

3. Length of sentence: 72 MONTHS (over guideline)

4. Nature of crime (all counts):

   18 USC 111

   Assaulting Federal Officer

   (WHICH WAS IN REALITY A BEATING BY A FEDERAL OFFICER, WHILE I WAS HANDCUFFED AND SHACKLED)

5. (a) What was your plea? (Check one)
   (1) Not guilty [X]   (2) Guilty [ ]   (3) Nolo contendere (no contest) [ ]

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?

   N/A

6. If you went to trial, what kind of trial did you have? (Check one)   Jury [X]   Judge only [ ]

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes [X]   No [ ]

8. Did you appeal from the judgment of conviction?   Yes [X]   No [ ]

9. If you did appeal, answer the following:
    (a) Name of court: United States Court of Appeals for the Seventh Circuit
    (b) Docket or case number (if you know): 16-2432 ?
    (c) Result: Denied
    (d) Date of result (if you know): 7/7/17
    (e) Citation to the case (if you know): _____
    (f) Grounds raised: Denied PRO SE, refused to allow to leave Court
    * Blocked by forced counsel from filing PRO SE brief for issues herein — appellate Counsel was more concerned in PROTECTING MILLS than defendants appeal

    (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes [X]   No [ ]
    If "Yes," answer the following:
    (1) Docket or case number (if you know): 17-7359 ?
    (2) Result: Denied
    (3) Date of result (if you know): April 2, 2018
    (4) Citation to the case (if you know): _____
    (5) Grounds raised:
    * Pro Se refused, Rule 43 (BUT THE WRONG WAY)
    * Limited by forced counsel on direct, and Counsel refused to forward evidence needed for CERT., filed PRO SE, without transcript, without evidence — WHICH I STILL DO NOT HAVE.

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes [X]   No [ ]

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: Southern District of Illinois / USCA 7TH
        (2) Docket or case number (if you know): 18-1804 / 18-1807 / 18-1777
        (3) Date of filing (if you know): Feb 2018.
        (4) Nature of the proceeding: MANDAMUS
        (5) Grounds raised: compel Clerk to forward file, and Appeal and Trial counsel to return evidence

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
  Yes ☒    No ☐
(7) Result: _USCA 7th said "file as motion on 2255"_
(8) Date of result (if you know): _May 2018_

(b) If you filed any second motion, petition, or application, give the same information:
  (1) Name of court: _N/A_   _SEE RULE 33 below_
  (2) Docket of case number (if you know): _____
  (3) Date of filing (if you know): _____
  (4) Nature of the proceeding: _____
  (5) Grounds raised:

_Need documents for appeal, Court ordered Stubbs and Patton to comply - they have not. Fed Defenders are in possession of CD for 2 cases, Stubbs has CD, photos, Investigators report etc._

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
  Yes ☐    No ☒
(7) Result: _~~filed about quasi HYBRID~~_
(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
  (1) First petition:   Yes ☒    No ☐
  (2) Second petition:  Yes ☐    No ☒

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:
_No opportunity - blocked by FORCED appeal counsel_

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

AO 243 (Rev. 01/15)                                                                                      Page 5

**GROUND ONE:** _Ineffective Assistance of Trial and Appeal Counsel_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

☆ USCA 7TH held in Direct Appeal that Trial Counsel (John Stobbs) had argued against Mabie
SEE ATTACHED (BUT, B.O.P. HAS HELD TRANSCRIPT, SO, NEED HEARING.)
Section I, part I, in particular.
(B.O.P. has had my property — TRANSCRIPT "in transit" since 5/14/18 from Terre Haute — 2 HOURS AWAY)

(b) **Direct Appeal of Ground One:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

       Yes ☐    No ☒

   (2) If you did not raise this issue in your direct appeal, explain why:

USCA 7TH prefers this raised on collateral (2255)

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

       Yes ☒    No ☐

   (2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _RULE 33_

Name and location of the court where the motion or petition was filed:

_Southern District Illinois_

Docket or case number (if you know): _30158 RHM_

Date of the court's decision: _June 2016_

Result (attach a copy of the court's opinion or order, if available):

_Court had "HYBRID" representation through sentencing_

   (3) Did you receive a hearing on your motion, petition, or application?

       Yes ☐    No ☒

   (4) Did you appeal from the denial of your motion, petition, or application?

       Yes ☐    No ☒

   (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

       Yes ☐    No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _N/A_

Docket or case number (if you know): _N/A_

Date of the court's decision: _N/A_

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _Blocked by Appeal Counsel_

GROUND TWO: _Improper Standards (MENS REA) and Charge, and sentencing application_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

SEE ATTACHED

SEE ALSO SENTENCING GUIDELINES

— As pointed out before trial, could not use "other assaults"

(b) Direct Appeal of Ground Two:

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

_Blocked by FORCED Counsel_

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☒   No ☐

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _Rule 33_

Name and location of the court where the motion or petition was filed:
_Southern District of Illinois_

Docket or case number (if you know): _30158 RHM_

Date of the court's decision: _June 2016_

Result (attach a copy of the court's opinion or order, if available):
_FORCED COUNSEL Blocked argument_

(3) Did you receive a hearing on your motion, petition, or application?
Yes [X]   No [ ]

(4) Did you appeal from the denial of your motion, petition, or application?
Yes [ ]   No [X]

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes [ ]   No [X]

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _N/A_

Docket or case number (if you know): _N/A_

Date of the court's decision: _N/A_

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _Blocked by forced appeal Counsel_

**GROUND THREE:** _Judicial Bias_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

SEE ATTACHED
(Compromised by lack of transcript, but we can go over that at hearing)

(b) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes ☐   No ☒

    (2) If you did not raise this issue in your direct appeal, explain why:
FORCED appeal Counsel, was CLERK for Mills, and refused to point out MILLS insanity.

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?
        Yes ☒   No ☐

    (2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: Remove Counsel

Name and location of the court where the motion or petition was filed:
USCA 7TH

Docket or case number (if you know): 16-2452

Date of the court's decision: BLOCKED BY APPEAL COUNSEL

Result (attach a copy of the court's opinion or order, if available):


    (3) Did you receive a hearing on your motion, petition, or application?
        Yes ☐   No ☒

    (4) Did you appeal from the denial of your motion, petition, or application?
        Yes ☒   No ☐

    (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
        Yes ☒   No ☐

    (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:
United States Supreme Court

Docket or case number (if you know): 17-7359

Date of the court's decision: 4/2/18

Result (attach a copy of the court's opinion or order, if available):
Court never heard the case

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

---

**GROUND FOUR:** Rule 43, Court violated right to attend

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

When Mills KNEW forced Counsel - STOBBS - had already started a fight with Mabie, and was not serving as "counsel" Court forced "Counsel" to sit in an untenable proximity. No reasonable person can remain seated, at arms length, from loathesome FORCED COUNSEL, MABIE HAD RIGHT TO ATTEND NOT STOBBS, SEE ATTACHED

(b) **Direct Appeal of Ground Four:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐   No ☒
  (2) If you did not raise this issue in your direct appeal, explain why:
      Blocked by FORCED appeal counsel

(c) **Post-Conviction Proceedings:**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☒   No ☐

  (2) If you answer to Question (c)(1) is "Yes," state:
  Type of motion or petition: RULE 33
  Name and location of the court where the motion or petition was filed: Southern District of Illinois
  Docket or case number (if you know): 30158 RHM
  Date of the court's decision: 6/9/16
  Result (attach a copy of the court's opinion or order, if available):

  No decision - HYBRID representation

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐    No ☒

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐    No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: NA

Docket or case number (if you know): NA

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: Blocked by MILLS CLERK A.K.A, APPEAL COUNSEL THOMAS PATTON

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

All — blocked by appeal counsel

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the you are challenging?    Yes ☒    No ☐

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. Southern District of Indiana 60087 WTL
1 REMAND OF 351ERW — under 2241
SOUTHERN DISTRICT OF ILLINOIS 1287 MJR
REMAND of 30076 MJR
Vacate underlying conviction

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

    (a) At the preliminary hearing:
    _____PRO SE_____

    (b) At the arraignment and plea:
    _____PRO SE_____

    (c) At the trial:
    __Supposedly JOHN STOBBS II (court refused PRO SE ADVERSE COUNSEL)__

    (d) At sentencing:
    __HYBRID!!_____

    (e) On appeal:
    __Sarah Schrup removed through criminal interference, Fed Defender T. PATTON__

    (f) In any post-conviction proceeding:
    __PRO SE, for Certiorari_____

    (g) On appeal from any ruling against you in a post-conviction proceeding:
    __PRO SE without transcript or any document_____

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ☐    No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐    No ☒

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:
    __N/A_____

    (b) Give the date the other sentence was imposed: _____

    (c) Give the length of the other sentence: _____

    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐    No ☒

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

    __United States Supreme Court - Certiorari did not conclude until 4/2/18__

NOTE: This appeal would appear quite different with transcript (HELD BY B.O.P. for 8 WEEKS) and the evidence concealed by Stobbs & Patton*

*Should Patton claim no "possession" such evidence was sent to him on 6/9/16, by FedEx, from Clinton County Jail, so there is a record of it

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
    A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –
        (1) the date on which the judgment of conviction became final;
        (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
        (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
        (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 01/15)                                                                                      Page 13

Therefore, movant asks that the Court grant the following relief:

_Vacate, remand, at minimum call for hearing_

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _7/11/18_
(month, date, year)

Executed (signed) on _7/11/18_ (date)

_William M Calvie_
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.